AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship,<br>*Plaintiff(s)*<br>v.<br>Ronald C. Oakes, et al,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 17-cv-62128-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GYPSY MOON VAPORS, INC., d/b/a GYPSY MOON VAPIN BREWS
Registered Agent for Gypsy Moon Vapors, Inc.:
Tina M. Oakes
5510 S.W. 54th Street
Fort Lauderdale, FL 33314    Our File No. ZU17-05FL-01

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Alan D. Danz, Esq.
Danz & Kronengold, P.L.
10620 Griffin Road
Suite 201
Cooper City, FL 33328
Telephone No.: (954)530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: 11/1/2017

SUMMONS

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship, <br> *Plaintiff(s)* <br> v. <br> Ronald C. Oakes, et al, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  17-cv-62128-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RONALD C. OAKES, Individually, and as officer, director, shareholder and/or principal
of GYPSY MOON VAPORS, INC., d/b/a GYPSY MOON VAPIN BREWS
5510 S.W. 54th Street
Fort Lauderdale, FL 33314    Our File No. ZU17-05FL-01


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan D. Danz, Esq.
Danz & Kronengold, P.L.
10620 Griffin Road
Suite 201
Cooper City, FL 33328
Telephone No.: (954)530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: 11/1/2017

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship,<br>*Plaintiff(s)*<br>v.<br>Ronald C. Oakes, et al,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  17-cv-62128-BB<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TINA M. OAKES, Individually, and as officer, director, shareholder and/or principal of
GYPSY MOON VAPORS, INC., d/b/a GYPSY MOON VAPIN BREWS
5510 S.W. 54th Street
Fort Lauderdale, FL 33314    Our File No. ZU17-05FL-01

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan D. Danz, Esq.
Danz & Kronengold, P.L.
10620 Griffin Road
Suite 201
Cooper City, FL 33328
Telephone No.: (954)530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 11/1/2017

Steven M. Larimore
Clerk of Court

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts